FILED
JUN 2 2 2016
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARRREST WARRANT

I, the undersigned complainant, being duly sworn state the following is true and accurate to the best of my knowledge and belief.

2:16MJ270

### EXPERIENCE AND TRAINING

1. I, John E. Hansen, am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been so employed since 2002. Prior to my appointment with ATF, I was a Border Patrol Agent for the U.S. Border Patrol. This affidavit is being submitted for the limited purpose of obtaining a criminal complaint and arrest warrant. I have set forth only those facts which I believe to be necessary to establish probable cause for the charges described below. The facts contained in this affidavit are based on the participation and observations of other law enforcement officers involved in this investigation and through a review of related investigative reports and materials.

2. I make this affidavit in support of an application for an arrest warrant for ROBERT DEVONTE PARKER for possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Section 922(g).

### STATEMENT OF FACTS

3. On September 24, 2015, members of the Virginia Beach Police Department (VBPD) began investigating a shooting which occurred on this same date in a residential area of Virginia Beach. Responding officers found an individual identified as "WS" suffering from what appeared to be gunshot wounds to his wrist, leg, and abdomen. At this time "WS" made several statements in the presence of multiple officers and other witness identifying the shooter as "Robert Parker", as someone he knew from Facebook, and as someone who has 'PSYCHO'

tattooed on his forehead. Another victim identified as "MT" also advised the officers she believed one of the bullets fired had pierced her bedroom window while she occupied the room.

4. Further investigation, including a photographic line-up with the victim, confirmed the shooter's identity as PARKER. PARKER was also determined to have a tattoo on his forehead which reads, "PSYCHO". Additionally, the investigation revealed PARKER had previously been convicted of a felony, Elude Police – Endangerment, in Norfolk Circuit Court in 2014.

5. As a result of the investigation, investigators obtained felony arrest warrants for PARKER for Aggravated Malicious Wounding, Shoot into Occupied Dwelling, and Felon in Possession of a Firearm. Additionally, the investigators obtained a search warrant for PARKER's residence relating to these same offenses, identified by the investigation as being in the 4000 block of Sloop Trail, Chesapeake, Virginia.

6. On September 28, 2015, VBPD and Chesapeake Police Department (CPD) officers conducted an operation at PARKER's residence to effect the arrest of PARKER and execute the search of his residence. PARKER was pulled over as he drove away from the residence and during the vehicle stop, the officers determined there was a loaded .45 caliber pistol wrapped in a jacket in the passenger compartment. PARKER told the officers the jacket was his but the firearm was not. PARKER did admit to knowing the firearm was in the jacket.

7. During the execution of the search warrant, officers discovered a 9mm pistol in the backyard shed, a 12 gauge "sawed-off" shotgun (having both the shoulder stock and barrel altered) in the kitchen, and an AR-15 rifle in an upstairs bedroom. PARKER denied knowledge of the 9mm pistol found in the shed, but admitted to having purchased the AR-15 rifle approximately one month earlier and to "holding" the "sawed-off" shotgun for "people". Further investigation has revealed the "sawed-off" shotgun was reported as stolen from a Portsmouth



residence in 2013, and the AR-15 rifle has been reported as missing from inventory from a Federal Firearms Licensee (FFL) in Chesapeake, Virginia.

8. On March 16, 2016, PARKER appeared in Chesapeake General District Court for a preliminary hearing on the charge of Possession of a Firearm by a Convicted Felon. Chesapeake Police Detective M. Toothman was present in the courtroom during the hearing and heard PARKER give testimony under oath that he had purchased the AR-15 rifle approximately one month prior (to his arrest) for $400, and also that he was "holding" the "sawed-off" shotgun for a deceased friend. PARKER further testified that he knew the .45 caliber pistol was in his car at the time of his arrest and that he was returning it to a friend who had been at his house the night before.

9. ATF Special Agent John Hansen, trained and qualified in the manufacture and movement of firearms and ammunition in interstate commerce, has determined the firearms possessed by PARKER were not manufactured in the Commonwealth of Virginia, and therefore have traveled in or affected interstate or foreign commerce.

10. SA Hansen has further determined the 12 gauge shotgun possessed by PARKER falls under the purview of the National Firearms Act (NFA) having a barrel length less than 18 inches and an overall weapon length of less than 26 inches, requiring it to be registered with ATF in the National Firearms Registration and Transfer Record (NFRTR). A records search of the NFRTR has been conducted and no record of registration was found for this firearm.

11. On June 2, 2014, ROBERT D. PARKER was convicted of Eluding Police - Endangerment in the Circuit Court for the city of Norfolk, and was sentenced to five years in prison with four years and eight months suspended.

3



12. An inquiry made to the Office of the Secretary of the Commonwealth of Virginia, Executive Clemency Records, revealed PARKER has not had his firearms rights restored.

## CONCLUSION

13. Based on the foregoing, I believe there is probable cause to believe ROBERT DEVONTE PARKER did knowingly and unlawfully possess a firearm after having been convicted of a felony offense in violation of Title 18, United States Code, Section 922(g)(1), and I request an arrest warrant be issued.

John E. Hansen
ATF Special Agent

READ AND REVIEWED:

Kevin Comstock
Assistant United States Attorney

Sworn and subscribed to before me this 22 day of June, 2016

UNITED STATES MAGISTRATE JUDGE
At Norfolk, Virginia.
Douglas E. Miller
United States Magistrate Judge

4